UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-7843-GW-RAOx | Date | November 4, 2025 |
|---|---|---|---|
| Title | *Alexis Mather v. JPMorgan Chase & Co., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On November 4, 2025, Plaintiff Alexis Mather filed a Notice of Settlement [20]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 60 days. The Court sets an order to show re: settlement hearing for December 8, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on December 4, 2025.

| | : | |
|---|---|---|
| | Initials of Preparer | JG |